Ryan P. Tish (SBN 274284)
Roxanna Tabatabaeepour (SBN 260187)
**CAPTSONE LAW APC**
1875 Century Park East, Suite 1860
Los Angeles, CA 90067
Telephone: 310-556-4166 / Fax: 310-943-0396
*Attorneys for Plaintiff*

Ian A. Wright (SBN 271957)
Kaitlin H. Owen (SBN 305653)
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000 / Fax: 213-576-1100
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES IVY, individually, and on behalf of other members of the general public similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>MOHAWK ESV, INC., a Delaware corporation; MOHAWK INDUSTRIES, INC., a California corporation; DAL-TILE SERVICES, INC., a Delaware corporation and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:25-CV-01758-TLN-CKD<br><br>**ORDER RE: JOINT STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION**<br><br>Compl. Filed:   May 15, 2025<br>Removal Date: June 23, 2025<br>Jury Trial:  None Set |

ORDER RE: JOINT STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION

## ORDER

Pursuant to the Joint Stipulation to Stay Proceedings Pending Mediation and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1.    The Court hereby stays all proceedings in this action, including formal discovery and all pending deadlines and hearings, though September 24, 2026.

2.    The Parties shall file a joint report with the Court following the mediation regarding the outcome of the mediation.

3.    If the matter is not resolved, the Parties shall comply with the requirements set forth in the Initial Pretrial Scheduling Order (Doc. 4) by the following dates:

    a.  Discovery cutoff – March 24, 2027

    b.  Initial expert disclosures – May 24, 2027

    c.  Supplemental expert disclosures – June 23, 2027

    d.  Deadline to supplement Rule 26 disclosures – August 20, 2027

    e.  Dispositive motion cutoff – September 20, 2027

    f.  Deadline to file joint notice of trial readiness (if no dispositive motions are filed) – October 20, 2027

**IT IS SO ORDERED.**

Dated: June 23, 2026

Troy L. Nunley
Chief United States District Judge

1

ORDER RE: JOINT STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION